

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROLAND P. JONES | * | CIVIL ACTION **04-1287** |
| VERSUS | * | NO. |
| THE LAW OFFICES OF ANTHONY G. BUZBEE, P.C., ANTHONY G. BUZBEE, STERN, MILLER & HIGDON, AND JEFFREY M. STERN, RAMSEY JONES AND CLARENCE JONES | * | SECTION  **SECT. N MAG. 5** |
| | * | JUDGE |
| | * | MAGISTRATE DIV. |
| | * | MAGISTRATE JUDGE |

### NOTICE TO PARTIES OF REMOVAL

TO:  Roland P. Jones
through his counsel of record:
Timothy J. Falcon
Jeremiah A. Sprague
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072

PLEASE TAKE NOTICE that on the 4th day of May, 2004, Anthony G. Buzbee and the Buzbee Law Firm, P.C., filed a Notice of Removal as required by law for removal of the case entitled *"Roland P. Jones vs. The Law Offices of Anthony G. Buzbee, P.C., Anthony G. Buzbee, Stern, Miller, & Higdon, and Jeffrey M. Stern, Ramsey Jones and Clarence Jones ,"* No. 04-

515235_1.DOC

4986, Section "A-5," Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Copies of the Notice of Removal and Certificate of Compliance filed with the United States District Court pursuant to 28 U.S.C. § 1446 are attached hereto.

Respectfully submitted,

_____
James A. Brown, T.A. (Bar #14101)
Carey C. Lyon (Bar #28131)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Attorneys for Anthony G. Buzbee and the Buzbee Law Firm, P.C.

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon the following by placing same in United States mail, postage prepaid, this 4th day of May, 2004:

| | |
|---|---|
| Timothy J. Falcon<br>Jeremiah A. Sprague<br>Falcon Law Firm<br>5044 Lapalco Blvd.<br>Marrero, LA 70072 | Clarence Jones<br>1131 Elliot Loop<br>St. Martinville, LA 70582 |
| Jeffrey M. Stern<br>Stern, Miller & Higdon<br>5821 Southwest Freeway<br>Suite 501<br>Houston, TX 77057 | Ramsey Jones<br>611 Port Street<br>St. Martinville, LA 70582 |

_____

515235_1.DOC